NO. 07-11-0181-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 23, 2011
_____

JIMMY DOUGLAS AND BRAD DOUGLAS, INDIVIDUALLY AND
D/B/A DOUGLAS GENERAL CONSTRUCTION, JIMMY DOUGLAS
CONSTRUCTION, AND/OR DOUGLAS CONSTRUCTION AND
DOUGLAS GENERAL CONSTRUCTION, INC.,

                   Appellants

V.

STARDUST LAND & CATTLE, LTD., F/K/A CABELLERO
CREEK, LTD. AND ROBERT A. SHAW,

                   Appellees
_____

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2010-550,480; HONORABLE WILLIAM C. SOWDER, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants have filed a motion to dismiss. Without passing on the merits of the case,
we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss
the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

             Brian Quinn
             Chief Justice